LUTHERSVILLE BANKING COMPANY *v.* FIRST NATIONAL BANK OF BARNESVILLE.

PER CURIAM. Under the special facts of this case, none of the assignments of error, either in regard to the pleadings or upon the rulings of the court, present such error as to require a reversal.

*Judgment affirmed. All the Justices concur.*

FEBRUARY 15, 1911.

Complaint. Before Judge Freeman. Meriwether superior court. January 8, 1910.

*Hill & Culpepper,* for plaintiff in error.

*T. W. Rucker,* contra.